**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

EDWARD R. CRUZ, )
        Plaintiff, )
        vs. )    NO. CV-06-3047-MWL
LINDA S. McMAHON, )
Commissioner of Social Security, )    **JUDGMENT IN A CIVIL CASE**
        Defendant. )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g).

Judgment is entered for **Plaintiff**.

**FILE CLOSED.**

DATED this 2nd day of February, 2007.

        JAMES R. LARSEN
        District Court Executive/Clerk

        s/ Alma R. Gonzalez
by: _____
        ALMA R. GONZALEZ
        Deputy Clerk

cc: all counsel